United States Bankruptcy Court for the:

**Middle** District of **Alabama**
(State)

Case number (if known): _____ Chapter **11**

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. Debtor's name | Plant Bae, LLC | |
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | | |
| 3. Debtor's federal Employer Identification Number (EIN) | 8 4 – 4 5 3 3 1 1 0 | |
| 4. Debtor's address | **Principal place of business**<br><br>175  Lee Street<br>Number  Street<br><br>Montgomery  AL  36104<br>City  State  ZIP Code<br><br>Montgomery<br>County | **Mailing address, if different from principal place of business**<br><br>Number  Street<br><br>P.O. Box<br><br>City  State  ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number  Street<br><br>City  State  ZIP Code |
| 5. Debtor's website (URL) | | |

| 6. Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|
| | ☐ Partnership (excluding LLP) |
| | ☐ Other. Specify: _____ |

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   __ __ __ __

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check all that apply:*

       ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ☐ A plan is being filed with this petition.

       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

Debtor   Plant Bae, LLC
         Name                                                    Case number (if known)_____

9.  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
    ■ No
    ❏ Yes. District _____ When _____ Case number _____
                                    MM / DD / YYYY
    If more than 2 cases, attach a separate list.
           District _____ When _____ Case number _____
                                    MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    ■ No
    ❏ Yes. Debtor _____ Relationship _____
           District _____ When _____
                                    MM / DD / YYYY
    List all cases. If more than 1, attach a separate list.
           Case number, if known _____

11. **Why is the case filed in *this district*?**
    Check all that apply:
    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
    ❏ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
    ■ No
    ❏ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ❏ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ❏ It needs to be physically secured or protected from the weather.

    ❏ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ❏ Other _____

    **Where is the property?** _____
                              Number    Street
                              _____
                              City                           State ZIP Code

    **Is the property insured?**
    ❏ No
    ❏ Yes. Insurance agency _____
           Contact name _____
           Phone _____

■ **Statistical and administrative information**

Debtor   Plant Bae, LLC                                      Case number (if known)_____

### 13. Debtor's estimation of available funds

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

### 14. Estimated number of creditors

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

### 15. Estimated assets

☒ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

### 16. Estimated liabilities

☐ $0-$50,000
☒ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/22/2024
             MM / DD / YYYY

X _/s/ Judi Merritt_____          Quebe Merritt
Signature of authorized representative of debtor       Printed name

Title  Member

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 4

| Debtor | Plant Bae, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**18. Signature of attorney**   X ___[signature]___   Date 03/22/2024
  Signature of attorney for debtor                MM / DD / YYYY

Paul D. Esco
Printed name
Paul D. Esco, Attorney at Law, LLC
Firm name
2800    Zelda Road; Suite 200-7
Number    Street
Montgomery                                AL        36106
City                                      State     ZIP Code

334-832-9100                              paul.esco@aol.com
Contact phone                             Email address

ASB-3772-O61P                             AL
Bar number                                State

# Fill in this information to identify the case:

Debtor name: **Plant Bae, LLC**

United States Bankruptcy Court for the: **Middle** District of **Alabama**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Quick Bridge/Quick Bridge Funding<br>410 Exchange<br>Irvine, CA 92602 | Quick Bridge/Quick Bridge Funding<br>410 Exchange<br>Irvine, CA 92602 | Loan | | $31,000.00 | | $31,000.00 |
| 2 | CitiBank-Costco<br>Citibank Customer Service<br>P.O. Box 6500<br>Sioux Falls, SD 57117 | CitiBank-Costco<br>Citibank Customer Service<br>P.O. Box 6500<br>Sioux Falls, SD 57117 | Credit Card | | $7,000.00 | | $7,000.00 |
| 3 | American Express<br>P.O. Box 981535<br>El Paso, TX 79998-1535 | American Express<br>P.O. Box 981535<br>El Paso, TX 79998-1535 | Credit Card | | $11,293.00 | | $11,293.00 |
| 4 | City of Montgomery<br>License & Revenue Division<br>P.O. BOX 830525<br>c/o Department RBT #3<br>Birmingham, AL 35283-0525 | City of Montgomery<br>License & Revenue Division<br>P.O. BOX 830525<br>c/o Department RBT #3<br>Birmingham, AL 35283-0525 | City Sales Tax | | $5,400.00 | | $5,400.00 |
| 5 | Alabama Department of Revenue<br>Sales Use & Business Tax Division<br>50 N. Ripley Street<br>Montgomery, AL 36104 | Alabama Department of Revenue<br>Sales Use & Business Tax Division<br>50 N. Ripley Street<br>Montgomery, AL 36104 | State Sales Tax | | $11,101.24 | | $11,101.24 |
| 6 | Alabama Department of Revenue<br>Withholding Tax Section<br>P. O. Box 327480<br>Montgomery, AL 36132-7480 | Alabama Department of Revenue<br>Withholding Tax Section<br>P. O. Box 327480<br>Montgomery, AL 36132-7480 | Withholding Taxes | | $830.00 | | $830.00 |
| 7 | Montgomery County Commission<br>Tax & Audit Department<br>PO Box 4779<br>Montgomery, AL 36103-4779 | Montgomery County Commission<br>Tax & Audit Department<br>PO Box 4779<br>Montgomery, AL 36103-4779 | County Sales Tax | | $27,000.00 | | $27,000.00 |
| 8 | Alabama Department of Labor<br>Unemployment Compensation Division<br>649 Monroe St<br>Montgomery, AL 36131 | Alabama Department of Labor<br>Unemployment Compensation Division<br>649 Monroe St<br>Montgomery, AL 36131 | Unemployment Compensation Tax | | $7,016.00 | | $7,016.00 |

Debtor  **Plant Bae, LLC**
Name

Case number (if known)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Quick Bridge/Quick Bridge Funding
410 Exchange
Irvine, CA 92602

CitiBank-Costco
Citibank Customer Service
P.O. Box 6500
Sioux Falls, SD 57117

American Express
P.O. Box 981535
El Paso, TX 79998-1535

City of Montgomery
License & Revenue Division
P.O. BOX 830525
c/o Department RBT #3
Birmingham, AL 35283-0525

Alabama Department of Revenue
Sales Use & Business Tax Division
50 N. Ripley Street
Montgomery, AL 36104

Alabama Department of Revenue
Withholding Tax Section
P. O. Box 327480
Montgomery, AL 36132-7480

Montgomery County Commission
Tax & Audit Department
PO Box 4779
Montgomery, AL 36103-4779

Alabama Department of Labor
Unemployment Compensation Division
649 Monroe St
Montgomery, AL 36131